UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 08-60587-CIV-UNGARO

PHILOMENE MICHEL,

    Plaintiff,

v.

EMERALD COAST WCH, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed June 4, 2008 (D.E. 4).

THE COURT has reviewed the Notice and the pertinent portions of the record and is otherwise fully advised in the premises.  It is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) this Cause is DISMISSED WITH PREJUDICE.  It is further

ORDERED AND ADJUDGED that all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of June, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record